IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD WALKER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6150

Opinion filed July 18, 2014.

An appeal from the Circuit Court for Union County.
Stanley H. Griffis, III, Judge.

Edward Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel A. Perrone, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.